PURNELL, APPELLANT, *v.* ORTHOPAEDIC OFFICES, INC., APPELLEE.

[Cite as *Purnell v. Orthopaedic Offices, Inc.* (1994), 71 Ohio St.3d 166.]

(No. 94–1701—Submitted November 15, 1994—Decided December 14, 1994.)

*Jacobs, Kleinman, Seibel & McNally* and *Mark J. Byrne,* for appellant.

*Thompson, Hine & Flory* and *Deborah DeLong,* for appellee.

A discretionary appeal is allowed, the judgment of the court of appeals is reversed, and the cause is remanded to the trial court on the authority of *Cosgrove v. Williamsburg of Cincinnati Mgt. Co., Inc.* (1994), 70 Ohio St.3d 281, 638 N.E.2d 991.

A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and PFEIFER, JJ., concur.

MOYER, C.J., concurs separately.

F.E. SWEENEY, J., dissents.

MOYER, C.J., concurring separately. I concur separately in the judgment entry in the above-styled case. As stated in the concurring opinion in *Cosgrove v. Williamsburg of Cincinnati Mgt. Co., Inc.* (1994), 70 Ohio St.3d 281, 638 N.E.2d 991, I do not agree with the law announced in the majority decision. Nevertheless, it is the law on the issue in the above-styled case. As I believe all parties should receive equal application of the law announced by this court, and only for that reason, I concur in the judgment entry.